1  MARK P. RAPAZZINI (SB #111944)
   M. ELIZABETH GRAHAM (SB #143085)
2  RAPAZZINI & GRAHAM LLP
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: (415) 371-2272
4  Facsimile: (415) 371-2290

5  COLIN L. PEARCE (SB #137252)
   RICHARD M. FRANCO (SB# 170970)
6  MATTHEW K. KLISZEWSKI (SB #218832)
   DUANE MORRIS LLP
7  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
8  Telephone: (415) 371-2200
   Facsimile: (415) 371-2201
9  **Attorneys for Palmisano Plaintiffs and related cases**

10 THOMAS M. CARNEY, admitted *pro hac vice*      KEITH M. CASTO, ESQ.
   CAROL A. RUTTER, admitted *pro hac vice*       SEDGWICK, DETERT, MORAN & ARNOLD,
11 HUSCH & EPPENBERGER, LLC                       LLP
   190 Carondelet Plaza, Suite 600                One Embarcadero Center, 16th Floor
12 St. Louis, MO 63105-3441                       San Francisco, CA 94111-3628
   Telephone: (314) 480-1500                      Telephone: (415) 781-7900
13 Facsimile: (314) 480-1505                      Facsimile: (415) 781-2635
   **Attorneys for Defendant Olin Corporation**   **Attorneys for Standard Fusee Corporation**
14 (Additional Counsel listed on signature page)

15                    UNITED STATES DISTRICT COURT

16                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                             SAN JOSE DIVISION

18                                                *E-FILED - 6/8/05*

19 JAYNE PALMISANO and RICHARD                    NO. C 03-01607 RMW
   PALMISANO, individuals,
20                                                STIPULATION AND [PROPOSED]
              Plaintiffs,                         ORDER EXTENDING TIME FOR
21                                                COMPLIANCE WITH STANDING
        v.                                        ORDER RE: PRETRIAL COMPLIANCE
22
   OLIN CORPORATION, a corporation,
23 STANDARD FUSEE CORPORATION, doing
   business as ORION SAFETY PRODUCTS, a
24 Delaware corporation, and DOES 1 through 50,

25            Defendants.

26

27 AND ALL RELATED CASES

28

---

No. C 03-01607 RMW
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLIANCE WITH STANDING ORDER RE: PRETRIAL COMPLIANCE
1

The Rapazzini Graham bellwether Plaintiffs and Defendants hereby stipulate, through their respective counsel, to extend the due date for pretrial compliance in accordance with the Court's Standing Order re: Pretrial Preparation. Pursuant to the Court's March 21, 2005 Case Management Order, such compliance is due on June 3, 2005; the parties stipulate and request that the Court enter an order extending such compliance to June 6, 2005. All other dates set forth in the Court's March 21, 2005 Case Management Order will remain unchanged.

DATED: June 2, 2005    By: /s/ Richard M. Franco
                           Richard M. Franco

DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 371-2200

RAPAZZINI & GRAHAM LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 371-2272
**Attorneys for the Palmisano Plaintiffs**

DATED: June 2nd, 2005    By: /s/

RANDALL C. CREECH
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911

THOMAS M. CARNEY
CAROL A. RUTTER
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
**Attorneys for Defendant Olin Corporation**

DATED: June __, 2005                By: /s/ Keith M. Casto
                                        Keith M. Casto

KEITH M. CASTO, ESQ.
SEDGWICK, DETRET, MORAN & ARNOLD, LLP
One Embarcadero Center, 16th Floor
San Francisco, CA 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Attorneys for Standard Fusee Corporation

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLIANCE WITH STANDING ORDER RE: PRETRIAL COMPLIANCE

No. C 03-01607 RMW

3

# ORDER

It is hereby ordered, pursuant to stipulation, that the due date for pretrial compliance in accordance with the Court's Standing Order re: Pretrial Preparation is extended from June 3, 2005 to June 6, 2005. All other dates and deadlines set forth in the Court's March 21, 2005 Case Management Order shall remain unchanged.

DATED: 6/8/05         /S/ RONALD M. WHYTE

Hon. Ronald M. Whyte
U.S. District Court Judge

SF\75431.1