1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEITH M. CASTO  Bar No. 109237
2  EARL L. HAGSTROM  Bar No. 150958
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   STANDARD FUSEE CORPORATION
6  d/b/a ORION SAFETY PRODUCTS

7

8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

11

12                                              *E-FILED - 6/29/05*

13 | JAYNE PALMISANO and RICHARD        | Case No. C 03-01607 RMW
   | PALMISANO, individuals,            |
14 |                                    | STIPULATION TO EXTEND TIME FOR
   |       Plaintiffs,                  | STANDARD FUSEE CORPORATION TO
15 |                                    | SUBMIT PRE-TRIAL FILINGS RELATED
   |       v.                           | TO PLAINTIFFS' CERCLA CLAIM
16 |                                    |             AND ORDER
   | OLIN CORPORATION, STANDARD         | BEFORE:   Honorable Ronald M. Whyte
17 | FUSEE CORPORATION, doing business  |
   | as Orion Safety Products, a Delaware|
18 | corporation, and DOES 1 through 50,|
19 |       Defendants.                  |
20 |                                    |
   | AND RELATED CASES                  |
21 |                                    |
   |       See Appendix attached.       |
22

23

24         Standard Fusee Corporation, Olin Corporation and the Palmisano Plaintiffs (collectively

25 "the Parties") stipulate that Standard Fusee may submit its pre-trial filings related to the

26 Palmisano Plaintiffs' CERCLA claim against Standard Fusee on June 10, 2005.

27         The Parties respectfully request the Court enter an Order extending time.

28

STIPULATION TO EXTEND TIME FOR STANDARD FUSEE
CORPORATION TO SUBMIT PRE-TRIAL FILINGS RELATED
SF/1264625v1   TO PLAINTIFFS' CERCLA CLAIM                                      CASE NO. C 03-01607 RMW
                                           -1-

1  Dated: June ___, 2005

2  Respectfully submitted,

3  HUSCH & EPPENBERGER, LLC

4

5  By:_____

6  Attorneys for Defendant Olin Corporation

7  Dated: June ___, 2005

8  RAPPAZINI & GRAHAM LLP
   DUANE MORRIS LLP

9

10  By:_____

11  Attorneys for Palmisano Plaintiffs

12  Dated: June 8, 2005

13  SEDGWICK, DETERT, MORAN & ARNOLD

14

15  By: /s/ Keith M. Casto
    Earl L. Hagström

16  Attorneys for Standard Fusee Corporation

17  **ORDER**

18  So ordered.

19  Dated: June 29, 2005

20

21  /S/ RONALD M. WHYTE
    _____
22  Honorable Ronald M. Whyte
    United States District Court Judge,
    San Jose Division

---

SF/1264625v1

STIPULATION TO EXTEND TIME FOR STANDARD FUSEE
CORPORATION TO SUBMIT PRE-TRIAL FILINGS RELATED
TO PLAINTIFFS' CERCLA CLAIM

CASE NO. C 03-01607 RMW

-2-

1  Dated: June 8, 2005

2                                          Respectfully submitted,

3                                          HUSCH & EPPENBERGER, LLC

4

5                                          By: _____

6                                          Attorneys for Defendant Olin Corporation

7  Dated: June ___, 2005

8                                          RAPPAZINI & GRAHAM LLP
                                           DUANE MORRIS LLP
9

10                                         By:_____

11                                         Attorneys for Palmisano Plaintiffs

12 Dated: June 8, 2005

13                                         SEDGWICK, DETERT, MORAN & ARNOLD

14
                                           By:_____
15                                         Keith M. Casto
                                           Earl L. Hagström
16                                         Attorneys for Standard Fusee Corporation

17                                         **ORDER**

18     So ordered.

19 Dated: June ___, 2005

20

21
                                           _____
22                                         Honorable Ronald M. Whyte
                                           United States District Court Judge,
23                                         San Jose Division

24

25

26

27

28
   STIPULATION TO EXTEND TIME FOR STANDARD FUSEE
   CORPORATION TO SUBMIT PRE-TRIAL FILINGS RELATED
SF/1264625v1  TO PLAINTIFFS' CERCLA CLAIM                                CASE NO. C 03-01607 RMW
                                         -2-

Dated: June ___, 2005

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: _____

Attorneys for Defendant Olin Corporation

Dated: June 8, 2005

RAPPAZINI & GRAHAM LLP
DUANE MORRIS LLP

By: _____

Attorneys for Palmisano Plaintiffs

Dated: June 8, 2005

SEDGWICK, DETERT, MORAN & ARNOLD

By: _____
~~Keith M. Casto~~
Earl L. Hagström
Attorneys for Standard Fusee Corporation

**ORDER**

So ordered.

Dated: June ___, 2005

_____
Honorable Ronald M. Whyte
United States District Court Judge,
San Jose Division

STIPULATION TO EXTEND TIME FOR STANDARD FUSEE
CORPORATION TO SUBMIT PRE-TRIAL FILINGS RELATED
TO PLAINTIFFS' CERCLA CLAIM

CASE NO. C 03-01607 RMW

SF/1264625v1

-2-

# APPENDIX A

| | |
|---|---|
| **C 03-01607 RMW** | **Palmisano, et al. v. Olin Corporation, et al.** |
| **Related Cases:** | |
| C 03-01609 RMW | Cowell, et al. v. Olin Corporation, et al. |
| C 03-01610 RMW | Gibbs, et al. v. Olin Corporation, et al. |
| C 03-01611 RMW | McMahon, et al. v. Olin Corporation, et al. |
| C 03-01614 RMW | Sinni, et al. v. Olin Corporation, et al. |
| C 03-01615 RMW | Hays, et al. v. Olin Corporation, et al. |
| C 03-01616 RMW | Messina, et al. v. Olin Corporation, et al. |
| C 03-01617 RMW | Safakish, et al. v. Olin Corporation, et al. |
| C 03-01619 RMW | Billings, et al. v. Olin Corporation, et al. |
| C 03-01620 RMW | Bustillos, et al. Olin Corporation, et al. |
| C 03-01621 RMW | Andersen, et al. v. Olin Corporation, et al. |
| C 03-01622 RMW | Lopez, et al. v. Olin Corporation, et al. |
| C 03-01623 RMW | Guerra, et al. v. Olin Corporation, et al. |
| C 03-01625 RMW | Robinson, et al. v. Olin Corporation, et al. |
| C 03-01627 RMW | Pereira, et al. v. Olin Corporation, et al. |
| C 03-01628 RMW | Cole, et al. v. Olin Corporation, et al. |
| C 03-01689 RMW | Luberto, et al. v. Olin Corporation, et al. |
| C 03-01690 RMW | Thomas, et al. v. Olin Corporation, et al. |
| C 03-01691 RMW | Stoll, et al. v. Olin Corporation, et al. |
| C 03-01692 RMW | Sutton, et al. v. Olin Corporation, et al. |
| C 03-01694 RMW | Ayala, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-01695 RMW | Keehn, et al. v. Olin Corporation, et al. |
| C 03-01696 RMW | Klingbeil, et al. v. Olin Corporation, et al. |
| C 03-01698 RMW | Britton, et al. v. Olin Corporation, et al. |
| C 03-01699 RMW | Bonfiglio, et al. v. Olin Corporation, et al. |
| C 03-01701 RMW | Montgomery, et al. v. Olin Corporation, et al. |
| C 03-01716 RMW | Matthews, et al. v. Olin Corporation, et al. |
| C 03-01717 RMW | Vaughn, et al. v. Olin Corporation, et al. |
| C 03-01718 RMW | Curiel, et al. v. Olin Corporation, et al. |
| C 03-01720 RMW | Hawkes, et al. v. Olin Corporation, et al. |
| C 03-01721 RMW | Froess, et al. v. Olin Corporation, et al. |
| C 03-01723 RMW | Fedalizo, et al. v. Olin Corporation, et al. |
| C 03-01724 RMW | Hughes, et al. v. Olin Corporation, et al. |
| C 03-01730 RMW | Smith, et al. v. Olin Corporation, et al. |
| C 03-01732 RMW | Bechtold, et al. v. Olin Corporation, et al. |
| C 03-01734 RMW | Wang, et al. v. Olin Corporation, et al. |
| C 03-01735 RMW | Ferry, et al. v. Olin Corporation, et al. |
| C 03-01736 RMW | Ressler, et al. v. Olin Corporation, et al. |
| C 03-01738 RMW | Luner, et al. v. Olin Corporation, et al. |
| C 03-01751 RMW | Clevett, et al. v. Olin Corporation, et al. |
| C 03-01753 RMW | Owen, et al. v. Olin Corporation, et al. |
| C 03-01754 RMW | Fedalizo, et al. v. Olin Corporation, et al. |
| C 03-01755 RMW | Seward, et al. v. Olin Corporation, et al. |
| C 03-01756 RMW | Miller, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-01757 RMW | Enos, et al. v. Olin Corporation, et al. |
| C 03-01758 RMW | Alegre, et al. v. Olin Corporation, et al. |
| C 03-01759 RMW | Chase, et al. v. Olin Corporation, et al. |
| C 03-01947 RMW | Schoepe, et al. v. Olin Corporation, et al. |
| C 03-01948 RMW | Montemagno, et al. v. Olin Corporation, et al. |
| C 03-01949 RMW | Thorson, et al. v. Olin Corporation, et al. |
| C 03-01950 RMW | Tagliaferri, et al. v. Olin Corporation, et al. |
| C 03-01951 RMW | GVL Partners, et al. v. Olin Corporation, et al. |
| C 03-01952 RMW | Feak, et al. v. Olin Corporation, et al. |
| C 03-02247 RMW | Trumbull, et al. v. Olin Corporation, et al. |
| C 03-02248 RMW | Molyneux, et al. v. Olin Corporation, et al. |
| C 03-02251 RMW | Miner, et al. v. Olin Corporation, et al. |
| C 03-02252 RMW | Sanchez, et al. v. Olin Corporation, et al. |
| C 03-02253 RMW | Stanford, et al. v. Olin Corporation, et al. |
| C 03-02254 RMW | Wess, et al. v. Olin Corporation, et al. |
| C 03-02255 RMW | Rosenzweig, et al. v. Olin Corporation, et al. |
| C 03-02257 RMW | Shuyler, et al v. Olin Corporation, et al. |
| C 03-02258 RMW | Bravo, et al. v. Olin Corporation, et al. |
| C 03-02260 RMW | Sosa, et al. v. Olin Corporation, et al. |
| C 03-02261 RMW | Lewis, et al. v. Olin Corporation, et al. |
| C 03-02263 RMW | Cowell, et al. v. Olin Corporation, et al. |
| C 03-02732 RMW | Smith, et al v. Olin Corporation, et al. |
| C 03-02733 RMW | LoCicero, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-02734 RMW | Spohn, et al. v. Olin Corporation, et al. |
| C 03-02735 RMW | Collins, et al. v. Olin Corporation, et al. |
| C 03-02736 RMW | Boyd, et al. v. Olin Corporation, et al. |
| C 03-02737 RMW | Garvin, et al. v. Olin Corporation, et al. |
| C 03-02740 RMW | DellaMaggiore, et al. v. Olin Corporation, et al. |
| C 03-02741 RMW | Smith, et al. v. Olin Corporation, et al. |
| C 03-02742 RMW | Kessler, et a. v. Olin Corporation, et al. |
| C 03-02743 RMW | Boten, et al. v. Olin Corporation, et al. |
| C 03-02744 RMW | Riso, et al. v. Olin Corporation, et al. |
| C 03-02746 RMW | Gallacinao, et al. v. Olin Corporation, et al. |
| C 03-02748 RMW | Dalla, t al. v. Olin Corporation, et al. |
| C 03-02756 RMW | Patin, et al. v. Olin Corporation, et al. |
| C 03-03355 RMW | White, et al. v. Olin Corporation, et al. |
| C 03-03357 RMW | Marrero et al. v. Olin Corporation, et al. |
| C 03-03360 RMW | Gieselman et al. v. Olin Corporation, et al. |
| C 03-03361 RMW | Wright, et al. v. Olin Corporation, et al. |
| C 03-03362 RMW | Le, et al. v. Olin Corporation, et al. |
| C 03-04008 RMW | Gracie, et al. v. Olin Corporation, et al. |
| C 03-04009 RMW | Turk, et al. v. Olin Corporation, et al. |
| C 03-04010 RMW | Estep, et al. v. Olin Corporation, et al. |
| C 03-04011 RMW | Robertson, et al. v. Olin Corporation, et al. |
| C 03-04012 RMW | Cinnamond, et al. v. Olin Corporation, et al. |
| C 03-04013 RMW | Rubida, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-04014 RMW | Johnson, et al. v. Olin Corporation, et al. |
| C 03-04015 RMW | Hudson, et al. v. Olin Corporation, et al. |
| C 03-04017 RMW | Rojas, et al. v. Olin Corporation, et al. |
| C 03-04018 RMW | Connery, et al. v. Olin Corporation, et al. |
| C 03-04019 RMW | Wolford, et al. v. Olin Corporation, et al. |
| C 03-04038 RMW | Brothers, et al. v. Olin Corporation, et al. |
| C 03-04849 RMW | Porter, et al. v. Olin Corporation, et al. |
| C 03-05542 RMW | Advent Group Ministries, et al. v. Olin Corporation, et al. |
| C 03-05543 RMW | Clifton, et al. v. Olin Corporation, et al. |
| C 03-05544 RMW | Jenkins, et al. v. Olin Corporation, et al. |
| C 03-05547 RMW | Konezny, et al. v. Olin Corporation, et al. |
| C 03-05549 RMW | Peters, et al. v. Olin Corporation, et al. |
| C 03-05550 RMW | Matthew, et al. v. Olin Corporation, et al. |
| C 03-05551 RMW | Alvarado, et al. v. Olin Corporation, et al. |
| C 03-05552 RMW | Von Lackum, et al. v. Olin Corporation, et al. |
| C 03-05553 RMW | Urban, et al. v. Olin Corporation, et al. |
| C 03-05554 RMW | Stinson, et al. v. Olin Corporation, et al. |
| C 03-05555 RMW | Souza, et al. v. Olin Corporation, et al. |
| C 03-05916 RMW | Orr, et al. v. Olin Corporation, et al. |
| C 03-05917 RMW | Rotolo, et al. v. Olin Corporation, et al. |
| C 03-05919 RMW | Manoukian, et al. v. Olin Corporation, et al. |
| C 04-00121 RMW | Parker, et al. v. Olin Corporation, et al. |
| C 04-00195 RMW | D'Anna, et al. v. Olin Corporation, et al. |