| | |
|---|---|
| 1 | MARK P. RAPAZZINI (SB #111944) |
| 2 | M. ELIZABETH GRAHAM (SB #143085)<br>RAPAZZINI & GRAHAM LLP |
| 3 | One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104 |
| 4 | Telephone: (415) 371-2272<br>Facsimile: (415) 371-2290 |
| 5 | COLIN L. PEARCE (SB #137252) |
| 6 | RICHARD M. FRANCO (SB# 170970)<br>MATTHEW K. KLISZEWSKI (SB #218832) |
| 7 | DUANE MORRIS LLP<br>One Market, Spear Tower, Suite 2000 |
| 8 | San Francisco, CA 94105-1104<br>Telephone: (415) 371-2200 |
| 9 | Facsimile: (415) 371-2201 |
| 10 | Attorneys for Palmisano Plaintiffs and related cases |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/11/05*

| | |
|---|---|
| JAYNE PALMISANO and RICHARD PALMISANO, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, a corporation, STANDARD FUSEE CORPORATION, doing business as ORION SAFETY PRODUCTS, a Delaware corporation, and DOES 1 through 50,<br><br>Defendants. | NO. C 03-01607 RMW<br><br>[~~PROPOSED~~] ORDER REGARDING TRIAL PRESENTATION EQUIPMENT |
| AND ALL RELATED CASES | |

1  The Court, having considered the request of Plaintiffs Anthony and Teresa Pereira, Craig and
2  Tracy Smith, Joseph and Cindy Dalla and Robert Wess (hereinafter collectively referred to as
3  "Plaintiffs"), to use electronic trial presentation equipment during the trial of this case commencing
4  on July 11, 2005, hereby GRANTS Plaintiffs' request to bring the following equipment into the
5  courtroom for use at trial:
6  Laptop computer (located on counsel table)
7  Line splitter
8  2 17" Monitors
9  Extension Cords
10 VGA Cables
11 Power Strips
12 Laptop Speakers
13 Dolly
14 ELMO Document Camera
15 80" x 80" pull-up screen
16 Epson Powerlite projector
17 Projector stand
18  The equipment may remain in the courtroom for the duration of the trial; however, Plaintiffs'
19 trial consultants are responsible for ensuring that equipment is relocated in the courtroom as
20 necessary to ensure the efficient operation of the Court's daily business.
21
22 Dated: July  11 , 2005

/S/ RONALD M. WHYTE
_____
Honorable Ronald M. Whyte
United States District Court Judge

25 SF\77143.1

[PROPOSED] ORDER REGARDING TRIAL PRESENTATION EQUIPMENT                    No. C 03-01607 RMW
1