SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEITH M. CASTO  Bar No. 109237
EARL L. HAGSTRÖM  Bar No. 150958
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STANDARD FUSEE CORPORATION
d/b/a ORION SAFETY PRODUCTS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

*E-FILED - 8/24/05*

| | |
|---|---|
| JAYNE PALMISANO and RICHARD PALMISANO, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, STANDARD FUSEE CORPORATION, doing business as Orion Safety Products, a Delaware corporation.<br><br>Defendants.<br><br>AND RELATED CASES<br><br>Identified In Attachments A and B. | Case No. C 03-01607 RMW<br><br>**ORDER FOR ENTRY OF JUDGMENT AS TO STANDARD FUSEE CORPORATION** |

On March 25, 2005, Standard Fusee Corporation d/b/a Orion Safety Products (Standard Fusee), filed a Motion for Summary Judgment on all claims asserted against it in the above entitled matter and all related cases. On April 15, 2005, Plaintiffs represented by Alexander, Hawes & Audet, LLP, (Alexander Represented Plaintiffs) filed a Notice of Motion of Non-

-1-

1  Opposition and Stipulation to Immediate Entry of Judgment (Notice of Non-Opposition). The
2  Alexander Represented Plaintiffs are identified in Attachment A to this Order. In the Notice of
3  Non-Opposition, the Alexander Represented Plaintiffs, through their attorneys, advise the Court
4  that they did not oppose the Motion for Summary Judgment filed by Standard Fusee and request
5  that the Court immediately enter judgment, on the merits, as requested in Standard Fusee's
6  motion.

7  On June 24, 2005, the Court entered its Order Granting Standard Fusee's Motion for
8  Summary Judgment as to all claims asserted against Standard Fusee.

10  On August 3, 2005, a Stipulation for the Immediate Entry of Judgment between
11  Standard Fusee and the Rapazzini Bellwether Plaintiffs (Attachment B to this Order), represented
12  by Rapazzini & Graham LLP and Duane Morris LLP was filed. Under the terms of the
13  Stipulation, the Rapazzini Bellwether Plaintiffs and Standard Fusee stipulate and agree, under
14  Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay of
15  immediate entry of judgment, and they request that the Court enter immediate judgment, on the
16  merits, as to the Rapazzini Bellwether Plaintiffs in favor of Standard Fusee consistent with the
17  Summary Judgment Order entered by the Court. Standard Fusee agrees to waive its costs, fees
18  and any attorneys fees to which it might be entitled.

19  Based on these filings, the Court expressly determines that there is no just reason for
20  delay in the entry of judgment and hereby Orders that Judgment of Dismissal be entered on all
21  claims asserted against Standard Fusee by the Alexander Represented Plaintiffs identified in
22  Attachment A, and by the Rapazzini Bellwether Plaintiffs identified in Attachment B, without
23  any award of costs, fees, disbursements or attorneys fees.

24  Dated: August 19, 2005

Ronald M. Whyte

APPROVED
Judge Ronald M. Whyte

-2-

**ORDER FOR ENTRY OF JUDGMENT AS TO STANDARD FUSEE CORPORATION**

CASE NO. 03-01607 RMW

ATTACHMENT A
Alexander Represented Plaintiffs

-3-
ORDER FOR ENTRY OF JUDGMENT AS TO
STANDARD FUSEE CORPORATION

CASE NO. 03-01607 RMW

## ATTACHMENT B
### Rapazzini Bellwether Plaintiffs

| | | |
|---|---|---|
| 1. | Cindy Dalla and Joseph Dalla | C 03-02748 RMW |
| 2. | Theresa Pereira and Antonio Pereira | C 03-01627 RMW |
| 3. | Tracy Templeton Smith and Craig Smith | C 03-02732 RMW |
| 4. | Robert Wess | C 03-02254 RMW |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

-4-

**ORDER FOR ENTRY OF JUDGMENT AS TO**
**STANDARD FUSEE CORPORATION**

**CASE NO. 03-01607 RMW**