*E-FILED - 5/25/06*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| JAYNE PALMISANO, et al., | ) | Case No.:  C 03-01607 RMW |
| Plaintiffs, | ) | **[PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION FROM ALL RAPAZZINI GRAHAM / DUANE MORRIS LAWSUITS "RELATED TO" JAYNE PALMISANO, ET AL. V. OLIN CORPORATION** |
| v. | ) | |
| OLIN CORPORATION, | ) | |
| Defendant. | ) | |
| THIS CASE RELATES TO: | ) | |
| See Appendix A attached. | ) | |

THIS MATTER coming on the motion of the Defendant Olin Corporation and the following Plaintiffs represented by the law firms of Rapazzini & Graham LLP and Duane Morris LLP in the following cases "related to" *Palmisano, et al. v. Olin Corporation, et al.,* No. C 03-01607 RMW, within the meaning of Civ. L.R. 3-12(b), for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2) from all such cases:

IT IS HEREBY ORDERED

The claims of the following Plaintiffs in the following actions are hereby dismissed with prejudice against Defendant Olin Corporation, pursuant to Fed. R. Civ. P. 41(a)(2), with each party in each case to bear their own costs and legal fees incurred to date in these actions:

| Case No. | Plaintiffs |
|---|---|
| C 03-01607 RMW | Jayne and Richard Palmisano |
| C 03-01609 RMW | Tracy and Chris Cowell |
| C 03-01610 RMW | Sharyn and Charles Gibbs |
| C 03-01611 RMW | Liane and Mike McMahon |
| C 03-01614 RMW | Sheri and Vincent Sinni |
| C 03-01615 RMW | Angela and Frank Steven Hays |
| C 03-01616 RMW | Connie and James Messina |

2351606.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation - 1**

| | | |
|---|---|---|
| 1 | C 03-01617 RMW | Sousan and Amir Safakish |
| | C 03-01619 RMW | Gina and Jim Billings |
| 2 | C 03-01620 RMW | Carrie and Steven Bustillos |
| | C 03-01621 RMW | Holly and Scott Andersen |
| 3 | C 03-01622 RMW | Carlotta and John Lopez |
| 4 | C 03-01623 RMW | Beatrice and Dario Guerra |
| | C 03-01625 RMW | Anne and Thomas Robinson |
| 5 | C 03-01627 RMW | Teresa and Antonio Pereira |
| | C 03-01628 RMW | Shirley and Vernon Cole |
| 6 | C 03-01689 RMW | Gina and Michael Luberto |
| 7 | C 03-01690 RMW | Laurie and David Thomas |
| | C 03-01691 RMW | Nancy Stull and Manuel Burns |
| 8 | C 03-01692 RMW | Barbara and Dallas Sutton |
| | C 03-01694 RMW | Carole and Rafael Ayala |
| 9 | C 03-01695 RMW | Susan and Larry Keehn |
| 10 | C 03-01696 RMW | Donna and Art Klingbeil |
| | C 03-01698 RMW | Carrie and Steven Britton |
| 11 | C 03-01699 RMW | Barbara and Ron Bonfiglio |
| | C 03-01701 RMW | Kathy and Richard Montgomery |
| 12 | C 03-01716 RMW | Lydia and Gary Matthews, individually, and as Trustees of the |
| 13 | | Matthews Family Trust |
| | C 03-01717 RMW | Shirley and Robert Vaughn, individually, and as Trustees of |
| 14 | | the Vaughn 2001 Trust |
| 15 | C 03-01718 RMW | Heidi and Genaro Curiel |
| | C 03-01720 RMW | Sherry and Kenneth Hawkes, individually, and as Trustees of |
| 16 | | the Hawkes Family 1992 Trust |
| | C 03-01721 RMW | Kathleen and Michael Froess |
| 17 | C 03-01723 RMW | Diana and Luis Fedalizo |
| 18 | C 03-01724 RMW | Linda and Carl Hughes |
| | C 03-01730 RMW | Tracy Templeton Smith and Craig Smith, individually, and as |
| 19 | | Trustees of the Smith 1999 Living Trust |
| | C 03-01732 RMW | Irena and Charles Bechthold, individually, and as Trustees |
| 20 | | of the Charles and Irena Bechthold Living Trust |
| 21 | C 03-01734 RMW | Ming Wei and Howard Wang |
| | C 03-01735 RMW | Pamela and Edward Ferry |
| 22 | C 03-01736 RMW | Noni and Brian Ressler |
| | C 03-01738 RMW | Denise and Michael Luner |
| 23 | C 03-01751 RMW | Carol Clevett |
| 24 | C 03-01753 RMW | Delores Ann Owen |
| | C 03-01754 RMW | Eleuteria Fedalizo, individually, and as Trustee |
| 25 | | Of the Eleuteria B. Fedalizo Trust |
| | C 03-01755 RMW | Ben Seward |
| 26 | C 03-01756 RMW | Delphia Jean Miller, individually, and as Trustee of the |
| 27 | | Miller Family Trust by her Daughter, Janice Smith, Executor |
| | | of the Estate of Delphia Jean Miller and as Trustee/Conservator |
| 28 | | of the Miller Family Trust |
| | C 03-01757 RMW | Henrietta Enos, individually, and as Trustee of the |
| | | Enos Family Trust |

2351606.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation - 2**

| | |
|---|---|
| C 03-01758 RMW | Norma Alegre |
| C 03-01759 RMW | Ronald Chase, individually, and as Trustee of the Chase Family Trust |
| C 03-01947 RMW | Linda and Frank Schoepe, individually, and as Trustees of the Frank and Linda Schoepe Trust |
| C 03-01948 RMW | Joseph M. Montemagno, individually, and as Trustee of the Joseph M. Montemagno Living Trust |
| C 03-01949 RMW | Arlethea Thorson, individually, and as Trustee of the Thorson Family Trust |
| C 03-01950 RMW | John Tagliaferri |
| C 03-01951 RMW | GVL Partners |
| C 03-01952 RMW | Deloris Feak, individually, and as Trustee Of the Deloris Feak Trust |
| C 03-02247 RMW | Lupe and Leonard Trumbull |
| C 03-02248 RMW | Kimberly and John Molyneux |
| C 03-02251 RMW | William Brehm Miner, Jr. |
| C 03-02252 RMW | Bernice and Alfred Sanchez |
| C 03-02253 RMW | Kimberly and Timothy Stanford |
| C 03-02254 RMW | Robert W. Wess |
| C 03-02255 RMW | Melanie and Mark Rosenzweig |
| C 03-02257 RMW | Joan and Larry Shuyler |
| C 03-02258 RMW | Lois and Reginald Bravo |
| C 03-02260 RMW | Robin and Fred Sosa |
| C 03-02261 RMW | Freddie and James Lewis |
| C 03-02263 RMW | Joie Cowell, Individually, Pauline Levin, Individually, and Angie Whitson, Individually, and as Trustee of the Claude L. Whitson and Angie Whitson 1998 Trust |
| C 03-02732 RMW | Janice and Stephen Smith, individually, and as Trustees of the Smith Family Trust |
| C 03-02733 RMW | Brenda and Andy LoCicero |
| C 03-02734 RMW | Joy and Richard Spohn, individually, and as Trustees of the Richard A. Spohn and Joy K. Spohn 2001 Living Trust |
| C 03-02735 RMW | Esther and Tom Collins |
| C 03-02736 RMW | Diane and Robert, Jr., Boyd |
| C 03-02737 RMW | Kathleen and Albert Garvin |
| C 03-02740 RMW | Tiffany and Joseph DellaMaggiore |
| C 03-02741 RMW | Debra and Daniel Smith |
| C 03-02742 RMW | Joann Kessler, individually, and as Trustee of the Joann Kessler Trust |
| C 03-02743 RMW | Candice and Robert Boten |
| C 03-02744 RMW | Karen and Ron Riso |
| C 03-02746 RMW | Susan and Fred Gallacinao |
| C 03-02748 RMW | Cindy and Joseph Dalla |
| C 03-02756 RMW | Marie Patin, individually, and as Trustee of the Marie E. Foster Revocable Trust |
| C 03-03355 RMW | Ines and Gary White |
| C 03-03357 RMW | Muriel and Roy Marrero |

| | |
|---|---|
| C 03-03360 RMW | Francis and Jeanne Gieselman, individually, and as Trustees of the Francis M. and Jeanne E. Gieselman Revocable Living Trust |
| C 03-03361 RMW | Beverly and Douglas Wright |
| C 03-03362 RMW | Lunique Le |
| C 03-04008 RMW | Beverly and Steven Gracie |
| C 03-04009 RMW | Barbara and Robert Turk, individually, and as Trustees of the Turk Family 1995 Trust |
| C 03-04010 RMW | Virginia and Jimmy Estep, individually, and as Trustees of the Estep 1994 Family Trust |
| C 03-04011 RMW | Rebekah and David |
| C 03-04012 RMW | Andrea and Delbert Cinnamond |
| C 03-04013 RMW | Loretta and Darrell Rubida, individually, and as Trustees of the Rubida Family 1997 Revocable Trust |
| C 03-04014 RMW | Wayne Johnson |
| C 03-04015 RMW | Gwendolyn A. and Pendleton L. Hudson, individually, and as Trustees of the Hudson Family Living Trust |
| C 03-04017 RMW | Sandra and Julio Rojas |
| C 03-04018 RMW | Barbara and David Conner |
| C 03-04019 RMW | Margaret and Steven Wolford, individually, and as Trustees of the Thomas-Wolford Family Trust |
| C 03-04849 RMW | Martha and Stephen Porter, individually, and as Trustees of the Porter Family Living Trust |
| C 03-05542 RMW | Advent Group Ministries, Inc. |
| C 03-05543 RMW | Linda Clifton and Steven Leikind |
| C 03-05544 RMW | Severiana and Dale Austin Jenkins, individually, and as Trustees of the Jenkins Revocable Trust |
| C 03-05547 RMW | Joanne and Mark Konezny |
| C 03-05549 RMW | Karen Peters |
| C 03-05550 RMW | Janeen and David Matthew |
| C 03-05551 RMW | Carol and Alvaro Alvarado |
| C 03-05552 RMW | Laurel and Thomas Von Lackum |
| C 03-05553 RMW | Diane and Theodore Urban |
| C 03-05554 RMW | Terri Stinson |
| C 03-05555 RMW | Paul Souza and Pamela Curtis |
| C 03-05916 RMW | Gilbert Orr |
| C 03-05917 RMW | Deborah Rotolo |
| C 03-05919 RMW | Socrates Peter Manoukian and Patricia Bamattre-Manoukian Individually, and as Trustees of the Manoukian Family Trust |
| C 04-00121 RMW | Lavonne and Richard Parker |
| C 04-00195 RMW | Desmond D'Anna |

SO ORDERED:

/S/ RONALD M. WHYTE
_____
HON. RONALD M. WHYTE
United States District Judge

Dated:___5/25/06_____

2351606.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation - 4**